# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

**Plaintiff(s):** U.S.A. ex rel. WILLIAM CARINI    **Defendant(s):** STEPHEN MOTE, etc.

County of Residence: 17105    County of Residence:

Plaintiff's Atty:    William Carini    Defendant's Atty: ATTORNEY GENERAL
N-51235                                                         Criminal Appeals Div.
Pontiac - PON                              100 W. Randolph St.
                                                                           Chicago, IL 60601

**II. Basis of Jurisdiction:**     3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)     03C 9416
       Plaintiff: -N/A
       Defendant: -N/A     JUDGE CONLON

**IV. Origin:**     1. Original Proceeding     MAGISTRATE JUDGE GERALDINE SOAT BROWN

**V. Nature of Suit:**     530 Habeas Corpus General

**VI. Cause of Action:**     28:2254

**VII. Requested in Complaint**
    Class Action:
    Dollar Demand:
    Jury Demand: **No**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

DOCKETED DEC 3 1 2003

**Signature:** _A. E. Woodham_

**Date:** _12-30-03_

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**     Revised: 06/28/00