UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**03C 9416**

~~PLAINTIFF~~ PETITIONER

WILLIAM CARINI I.D. # N51235

STEPHEN MOTE -v-
WARDEN, PONTIAC CORR CTR
~~XXXXXXXX~~ ILLINOIS DEPT. CORR
~~Defendant(s)~~ RESPONDENT

FILED
DEC 29 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge:
Magistrate Judge: JUDGE CONLON

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, WILLIAM CARINI I.D. # N51235, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: PRO-BONO ADVOCATES R.J.D. CTR 50 W. WASHINGTON ST C1-88 CHICAGO IL   WINSTON + STRAWN PRO-BONO DEPT. 35 W. WACKER DR SUIT 4200 CHICAGO IL   JENNER + BLOCK PRO-BONO DEPT 1 IBM PLAZA CHICAGO IL   PEOPLE'S LAW OFFICE 1180 N. MILWAUKEE AVE CHICAGO IL   KATHLEEN ZELLNER ATTORNEY AT LAW 1717 NAPER RD # 203 NAPERVILLE IL

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

DOCKETED
DEC 3 1 2003

Movant's Signature   I.D. # N51235
PONTIAC CORR CTR PO BOX 99
Street Address

Date: 12-23-03

PONTIAC IL 61764
City/State/Zip

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CARINI, I.D. # N51235 )<br>PETITIONER, PRO,SE )<br>)<br>v )<br>STEPHEN MOTE )<br>WARDEN, PNOTIAC CORR CTR )<br>ILLINOIS DEPT. CORR )<br>RESPONDENT )<br>) | CASE NO._____<br>(SUPPLIED BY CLERK OF COURT)<br><br>CASE NUMBER OF STATE COURT CONVICTION<br>NO. 91CF2233  19th JUDICIAL CIRCUIT<br>COURT LAKE COUNTY ILLINOIS<br>CHRISTOPHER C. STARK JUDGE PRESIDING |

DOCKETED DEC 31 2003

## NOTICE OF FILING/CERTIFICATE OF SERVICE

TO. Clerk of united states district court, northern district of Illinois 219 south dearborn st chicago Il 60604

TO. Attorney general, state of Illinois, criminal appeals div. 100 west. Randolph st 12th floor, chicago Il 60601

TO. States attorney of lake county Il 18 N. county st waukegan Il 60085

Please take notice that on 12-23-03 I have caused to be filed with the clerk of the united states district court as shown above, a petition with supporting exhibits for writ of habeas corpus.

With proper notice of filing of petition sent to the attorney general of Illinois as shown above and the states attorney of lake county as shown above. By inclosing notice of same in sealed envelopes, postage paid, addressed as above and depositing them in the u.s. mail system at the pontiac corr ctr po box 99 pontiac Il 61764

Under penalties provided pursuant to 28 u.s.c. 1746 and sec. 1-109 of the code of civil procedure I declare that the information contained herein is true and correct to the best of my knowledge and belief.

Date 12-23-03

/s/ William Carini
William Carini, pro,se petitioner
I.D. # N51235 pontiac corr ctr
po box 99 pontiac Il 61764