IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S.A. ex rel ) | |
|   William Carini ) | No. 03 C 9416 |
|       Petitioner ) | |
|     VS. ) | Honorable |
| Stephen Mote, warden ) |   Suzanne B. Conlon |
| pontiac corr ctr ) |   Judge presiding |
|       respondent ) | |

MAR 1 9 2004

### NOTICE OF APPEAL

Notice is hereby given that petitioner William Carini.pro se respectfully moves this court pursuant to 28 U.S.C. § 1291-1294 and § 2253 to appeal to the united states court of appeals for the seventh circuit.

An appeal is taken from the district courts memorandum opinion and order described below:

1) Court to which appeal is taken: United states court of appeals for the seventh circuit.
2) Name of petitioner/appellant and address to which notices shall be sent: William Carini I.D. # N51235 pontiac corr ctr po box 99 pontiac IL 61764
3) Name and address of appellant's attorney on appeal, The petitioner-- appellant respectfully motions for the appointment of counsel on appeal wherefore petitioner is indigent.
4) Date of judgement or order, 3/2/04 (order attached)
5) Offense for which convicted: Aggravated criminal sexual assault.
6) Sentence: 26 years, Ill dept of corr
7) Nature of order or judgement appealed from: Denial of petitioner's pro se petition for writ of habeas corpus relief to the U.S northern district court from a state court conviction.

Date 3-15-04

Respectfully Submitted

/S/ William Carini

William Carini I.D. # N51235
Pontiac corr ctr po box 99
Pontiac IL 61764

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| U.S.A. ex rel<br>   William Carini<br>        Petitioner<br>vs.<br>Stephen Mote, warden<br>pontiac corr ctr<br>        Respondent | No. 03 C 9416<br><br>Honorable<br>Suzanne B. Conlon<br>Judge presiding |

## NOTICE OF APPEAL/CERTIFICATE OF SERVICE

TO. Clerk, U.S. District court, Atten: prisoner correspondence, U.S court house, northern district IL 219 south dearborn st chicago IL 60604

TO. Chief criminal appeals div, attorney general IL 100 west randolph st 12th floor chicago IL 60601

Please take notice that on 3-15-04 I have caused to be filed with the clerk of the above court, Notice of appeal and supporting documents thereof as to the caption matter above. For appeal to the 7th circuit court of appeal That notice and proper service of documents has been sent to the proper party's. Named and addressed as above. Sealed in envelopes, postage paid by depositing them in the U.S. mail system at the pontiac corr ctr po box 99 pontiac IL 61764

Under penalties pursuant to 28 U.S.C. Sec. 1746.
   I am the named petitioner in the above action, have read the inclosed and the information contained therein is true and correct to the best of my knowledge and belief.

Date 3-15-04

/s/ William Carini
William Carini
I.D. # N51235, pontiac corr ctr
po box 99, pontiac IL 61764

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 9416 | DATE | 3/2/2004 |
| CASE TITLE | UNITED STATES ex rel. WILLIAM CARINI vs. MOTE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   The petition for a writ of *habeas corpus* [1-1] is denied.   ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | |
| ✓ | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | date docketed | | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | | | |
| | | | 3/2/2004 | | |
| | | | date mailed notice | | |
| CB | courtroom deputy's initials | | PW | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | | |

STATE OF ILLINOIS  )
COUNTY OF LIVINGSTON ) SS
                    )

## AFFIDAVIT

I William Carini, pro se petitioner incorporates this affidavit wherein he deposes and says, that as to all notices, motions and matters herein he is the petitioner as stated above and that he has read all the foregoing documents by him signed and that the statements contained therein are true in substance and fact to the best of his information, knowledge and belief.

Under penalties provided pursuant to 28 U.S.C. sec. 1746

Date 3-15-04

/s/ William Carini
William Carini
I.D. # N51235
pontiac corr ctr po box 99
pontiac IL 61764