IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| U.S.A. ex rel<br>   William Carini | )<br>) | |
|         Petitioner | ) | No. 03 C 9416 |
| vs. | )<br>) | Honorable |
| Stephen Mote, warden<br>pontiac corr ctr | )<br>) | Suzanne B. Conlon<br>Judge presiding |
|         Respondent | )<br>) | |

(Stamped: MAR 1 9 2004)

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

Now comes petitioner pro se William Carini, pursuant to 28 U.S.C. § 2254 and 18 U.S.C. § 3006A and respectfully moves this court to appoint counsel to represent him on appeal in this cause of action.

In Support thereof:

1) I William Carini, petitioner in above entitled proceedings states that am unable to hire or afford the services of a attorney and requests this court to appoint counsel on appeal.
2) Petitioner has made attempts to retain counsel from Winston + Strawn pro-bono dept 35 w. wacker dr chicago and Jenner + Block pro-bono dept 1 IBM plaza chicago with no success.
3) Petitioner has not prior been appointed counsel by this court in any ca[se]
4) Petitioner was prior granted leave of this court on 1/2/04 by applicati[on] and financial affidavit thereto to proceed informa pauperis on his peti[tion] for habeas corpus. Original financial affidavit, copy attached to prese[nt] motion to proceed on appeal informa pauperis. Wherefore petitioner's financial status is unchanged as a indigent.
5) Petitioner has meritous federal constitutional issues and claims to further for review on appeal in this cause.

Wherefore petitioner prays this court grant him leave to appeal info[rma] pauperis and for this court to also order the appointment of counsel to represent him on appeal.

Date 3-15-04

Respectfully submitted

/s/ William Carini

William Carini   T.D. # N51235
Pontiac Corr ctr   po box 99
Pontiac   IL   61764

```
STATE OF ILLINOIS      )
                       )  SS
COUNTY OF LIVINGSTON   )
                       )
```



## AFFIDAVIT

I William Carini, pro se petitioner incorporates this affidavit wherein he deposes and says, that as to all notices, motions and matters herein he is the petitioner as stated above and that he has read all the foregoing documents by him signed and that the statements contained therein are true in substance and fact to the best of his information, knowledge and belief.

Under penalties provided pursuant to 28 U.S.C sec. 1746

Date 3-15-04                /s/ [signature]

William Carini
I.D. # N51235
pontiac corr ctr po box 99
pontiac Il 61764